Law Office of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

February 23, 2026

**VIA ECF**

Hon. Ronnie Abrams
United States District Judge
40 Foley Square, Room 2203
New York, NY 10007

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
February 24, 2026

      **RE:**    **Norman v. 3750 Broadway BCR, LLC, et al., 26cv357 (RA)(BCM),**

Dear Judge Abrams:

    I represent Plaintiff in the above-reference matter and respectfully requests an extension of time to meet and confer with Defendants within 30 days of service of the summons and complaint. This is Plaintiff's first request for an extension.

    On January 21, 2026, the Court issued an Order that parties must meet and confer for at least one hour within 30 days of service of the summons and complaint, and within 15 additional days, the parties must submit a joint letter requesting that the Court either refer the case to mediation or schedule an initial status conference. See Dkt Doc. #7.

    Though Defendants were properly served with the summons and complaint on January 23, 2026 (see, Dkt Docs. # 8 and 9), Defendants have failed to respond. Accordingly, Plaintiff will re-serve each Defendant with the summons, complaint, and will advise them of Plaintiff's intent to seek a default judgment should they continue to fail to respond.

    Consequently, Plaintiff respectfully requests an extension of time to meet and confer with Defendants, and proposes submitting a status letter to the Court on March 27, 2026 to provide an update regarding service and communication with Defendants. If Defendants do not respond to the summons and complaint, Plaintiff will move for default judgment.

    Thank you

                                                      Respectfully yours,

                                                     /s/ James E. Bahamonde

                                                     James E. Bahamonde, Esq.