UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMMARIE NORMAN, individually and on behalf
of all others similarly situated,

Plaintiff,

v.

3750 BROADWAY BCR, LLC and BO'S
BAGELS, LLC,

Defendants.

26-CV-357 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 21, 2026, the Court ordered the parties to submit a joint letter by March 12, 2026 requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter. A week later, Plaintiff filed proof of service stating that Defendants were served on January 23, 2026. See Dkt. Nos. 8–9. Defendants' answers were due on February 13, 2026. Defendants have not appeared, answered, or otherwise responded to the Complaint. Defendants shall do so or seek an extension by April 17, 2026.

On February 23, 2026, Plaintiff filed a letter requesting an extension of the time to meet and confer with Defendants in compliance with the Court's initial order and proposed submitting a status letter to the Court on March 27, 2026 to provide an update. No such letter has been received. Moreover, Plaintiff indicated that it planned to move for default judgment against Defendant but has not yet done so.

If Defendants do not comply with this order by April 17, 2026, Plaintiff may move for default judgment no later than May 1, 2026. Failure to do so may result in this case being dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Plaintiff shall serve a copy of this Order on Defendants by April 10, 2026 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:        April 8, 2026
              New York, New York

_____

Ronnie Abrams
United States District Judge