Law Office of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

April 14, 2026

**VIA ECF**

Honorable Ronnie Abrams
United States District Judge
40 Foley Square, Room 2203
New York, NY 10007

**RE.    Norman v. 3750 Broadway BCR, LLC, et al., 26cv357 (RA)(BCM),**

Dear Judge Abrams:

I represent Plaintiff Kimmarie Norman in the above-referenced matter. Plaintiff respectfully submits this letter motion seeking a short seven-day extension of time (1) to serve Defendants with the Court's April 8, 2026 Order, (2) for Defendants to respond to the Summons and Complaint, and (3) for Plaintiff to move for default judgment, if necessary.

By way of background, on April 8, 2026, the Court issued an Order directing Plaintiff to serve each Defendant with a copy of the Order by April 10, 2026, further directing Defendants to answer or otherwise respond to the Summons and Complaint by April 17, 2026, and permitting Plaintiff to move for default on or before May 1, 2026 should Defendants fail to appear or respond. See Dkt. Doc. #10.

Although I received the notice of electronic filing on April 8, 2026, I did not review it until late afternoon of Tuesday, April 14, 2026. On April 9, 2026, I spent nearly the entire day at the hospital undergoing medical treatment. From April 10 through April 12, 2026, my activities were limited to preparing for a deposition scheduled on April 13, 2026, involving a Rule 30(b)(6) designated witness in the housing discrimination case.

Plaintiff's counsel respectfully informs the Court that service of the Court's April 8, 2026 Order was effectuated on both Defendants on April 15, 2026. A Certificate of Service attesting to such service is annexed hereto as Exhibit 1.

Given the brief delay between issuance of the Court's Order and service upon Defendants, Plaintiff respectfully requests a corresponding extension of seven (7) days of the operative deadlines set forth in the April 8, 2026 Order. Specifically, Plaintiff requests that (1) Defendants' deadline to respond to the Summons and Complaint be extended, and (2) Plaintiff's deadline to move for default judgment be extended accordingly.

**Law Offices of**
**James E. Bahamonde, P.C.**

April 15, 2026
Page    - 2 -


This modest request is made in good faith and for good cause. The requested relief will not prejudice Defendants.


I thank the Court for its consideration and remain available should the Court require any additional information.


Respectfully yours,

 /s/ James E. Bahamonde

James E. Bahamonde, Esq.