## <u>CERTIFICATE OF SERVICE BY MAIL</u>

I certify that a true and correct copy of the Court's Order dated April 8, 2026 was sent by first-class U.S. mail in a properly addressed envelope with first class postage duly paid and depositing said envelope in a regular depository for the United States Mail, addressed to Defendants 3750 BROADWAY BCR, LLC and BO's BAGELS, LLC at the addresses listed below:

3750 BROADWAY BCR, LLC                    Bo's Bagels, LLC
12-35 42 AVE. 420                         3750 Broadway
FLUSHING NY 11361                         New York New York

3750 BROADWAY BCR, LLC
c/o ALAN J. MARCUS, ESQ.
20803 BISCAYNE BLVD STE 301,
AVENTURA, FL  33180

that being the address where they either acknowledge they will accept the service of a Summons and Complaint or the place where they keep an office.

Dated: April 15, 2026,

X _____/s/ James E. Bahamonde_____

JAMES E. BAHAMONDE, ESQ.
Law Offices of James E. Bahamonde, P.C.
Attorney for the Plaintiffs
2501 Jody Court
North Bellmore, NY 11710
Tel:  (646) 290-8258
Fax: (646) 435-4376
james@civilrightsny.com