**AFFIRMATION OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    FILED ON: 01/20/2026  INDEX NO.: 1:26-cv-00357-RA

| | |
|---|---|
| KIMMARIE NORMAN, Individually and on behalf of All Others Similarly Situated | Plaintiff(s)-Petitioner(s) |
| | -vs- |
| 3750 BROADWAY BCR, LLC and BO'S BAGELS, LLC | Defendant(s)-Respondent(s) |

I, Mark McClosky the undersigned, affirm that I was at the time of service over the age of eighteen years and not a party in this proceeding. I reside in the State of New York.

On JANUARY 23, 2026           at 11:10 A.M.
Deponent served a true copy of **SUMMONS IN A CIVIL ACTION AND COMPLAINT**

bearing index number: 1:26-cv-00357-RA          and date of filing: 01/20/2026
upon **BO'S BAGELS, LLC**
at address: **C/O SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NY 12231-0001**

## MANNER OF SERVICE}

*Personal*

☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*

☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*

☒ By delivering and leaving 2 copies with} **BRYAN MILNER, OA1**
the agent for service on the person in this proceeding designated under rule 303 LLC     and tendering the required fee.
Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on             . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by__first class mail__certified mail__registered mail__return receipt requested.
Certified/Registered mail #

DESCRIPTION} deponent describes the person actually served as:
Perceived Gender: MALE          Perceived Race: WHITE          Hair Color: BROWN
Approximate Age: 35    years    Approximate Height: 6'0"      Approximate Weight: 250          pounds
Other:

I affirm on JANUARY 23, 2026_____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Law Offices of James.E. Bahamonde, P.C.
2501 Jody Court
North Bellmore, New York 11710
(516) 782-9663

Mark McClosky

NLS #: 26-382
Affidavit #: 314875

**FIRM FILE #**

**AFFIRMATION OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK      FILED ON: 01/20/2026   INDEX NO.: 1:26-cv-00357-RA

| | |
|---|---|
| KIMMARIE NORMAN, Individually and on behalf of All Others Similarly Situated | Plaintiff(s)-Petitioner(s) |
| | -vs- |
| 3750 BROADWAY BCR, LLC and BO'S BAGELS, LLC | Defendant(s)-Respondent(s) |

I, Mark McClosky the undersigned, affirm that I was at the time of service over the age of eighteen years and not a party in this proceeding. I reside in the State of New York.

On JANUARY 23, 2026      at 11:10 A.M.
Deponent served a true copy of **SUMMONS IN A CIVIL ACTION AND COMPLAINT**

bearing index number: 1:26-cv-00357-RA      and date of filing: 01/20/2026
upon **3750 BROADWAY BCR, LLC**
at address: **C/O SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NY 12231-0001**

## MANNER OF SERVICE}

*Personal*

☐   By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*

☐   By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*

☒   By delivering and leaving 2 copies with} **BRYAN MILNER, OA1**
the agent for service on the person in this proceeding designated under rule 303 LLC    and tendering the required fee.
Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*

☐   By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*

☐   Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on      . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by__first class mail __certified mail__registered mail__return receipt requested.
Certified/Registered mail #

DESCRIPTION} deponent describes the person actually served as:
Perceived Gender: MALE      Perceived Race: WHITE      Hair Color: BROWN
Approximate Age: 35   years      Approximate Height: 6'0"      Approximate Weight: 250    pounds
Other:

I affirm on JANUARY 23, 2026 _____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Law Offices of James.E. Bahamonde,
P.C.
2501 Jody Court
North Bellmore, New York 11710
(516) 782-9663

_____
Mark McClosky

NLS #: 26-382
Affidavit #: 314874

**FIRM FILE #**