**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIMMARIE NORMAN,<br><br>                    Plaintiff,<br><br>          v.<br><br> 3750 BROADWAY BCR, LLC and BO's BAGELS, LLC<br><br>                    Defendants. | **26cv357 (RA)(BCM)**<br><br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 14, 2026 with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendant 3750 BROADWAY BCR, LLC and BO's BAGELS, LLC by personally serving BRYAN MILNER, OA1, and proof of service was therefore filed on January 26, 2026, Doc. #8 and 9. I further certify that the docket entries indicate that the Defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

_____, 2026

                              **TAMMI M. HELLWIG**
                               **Clerk of Court**

                              **By:** _____
                                     **Deputy Clerk**