**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

KIMMARIE NORMAN

Plaintiff(s),

- against -

3750 BROADWAY BCR, LLC and BO's BAGELS

Defendant(s),

-----------------------------------------------------------------X

26 Civ. 357 (RA)

**CLERK'S CERTIFICATE**
**OF DEFAULT**

　　　**I, TAMMI M. HELLWIG, Clerk of the United States District Court for**

**the Southern District of New York**, do hereby certify that this action was commenced on

January 18, 2026 with the filing of a summons and complaint, a copy of the summons and

complaint was served on defendant(s) 3750 BROADWAY BCR, LLC and BO's BAGELS, L

by personally serving BRYAN MILNER, OA1 ,

*and proof of service was therefore filed on* January 26, 2026 *, Doc. #(s)* 8 and 9 .

I further certify that the docket entries indicate that the defendant(s) has not filed an

answer or otherwise moved with respect to the complaint herein. The default of the

defendant(s) is/are hereby noted.

**Dated: New York, New York**

　　　　　　_____, 20___

**TAMMI M. HELLWIG**
**Clerk of Court**

**By: _____**
　　　**Deputy Clerk**