**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KIMMARIE NORMAN,<br><br>                       Plaintiff,<br><br>        v.<br><br>3750 BROADWAY BCR, LLC and BO's BAGELS,<br>LLC<br><br>                      Defendants. | **26cv357 (RA)(BCM)**<br><br>**DECLARATION IN SUPPORT OF**<br>**PLAINTIFF'S REQUEST FOR**<br>**CERTIFICATE OF DEFAULT** |

Pursuant to 28 U.S.C. 1746, JAMES E. BAHAMONDE, ESQ. declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief:

1.	I am the attorney with the law firm of James E. Bahamonde, PC and counsel for Plaintiff. I am fully competent to make this declaration and have personal knowledge of the facts stated herein.

2.	This declaration is made pursuant to Rules 55.1 and 55.2 of the Local Rules for the Southern District of New York, in support of Plaintiff's Request for a Certificate of Default against Defendants 3750 BROADWAY BCR, LLC and BO's BAGELS, LLC.

3.	The current action seeks injunctive and declaratory relief for Defendants' disability discrimination in violation of the Title III of the Americans with Disabilities Act, 42 U.S.C. § 12182 *et seq.*, New York State Civil Rights Law § 40-c and 40-d, New York State Human Rights Law § 296 *et seq.*, and New York City [Administrative Code] Human Rights Law § 8-107 *et seq.*

4.	This action seeks judgment against Defendants for compensatory, actual, statutory damages, attorney's fees, costs and disbursements of this action.

1

5.      Jurisdiction of the subject matter of this action is conferred on this Court by 28 U.S.C. §§ 1331 and 1343.

6.      This action was commenced on January 18, 2026 by the filing of a Summons and Complaint.

7.      On January 23, 2026, Defendant 3750 Broadway BCR, LLC was properly served with the summons and complaint of this action.

8.      On January 23, 2026, Defendant Bo's Bagels, LLC was properly served with the summons and complaint of this action.

9.      Proper service was certified to this Court with an affidavit of service filed on January 26, 2026.  Annexed hereto as **EXHIBIT 1** are the affidavits of service establishing service of the summons and complaint of this action on Defendants 3750 Broadway BCR, LLC and Bo's Bagels, LLC.

10.     Defendants 3750 BROADWAY BCR, LLC and BO's BAGELS, LLC has not answered or otherwise moved with respect to the complaint, and the time for Defendants 3750 BROADWAY BCR, LLC and BO's BAGELS, LLC to answer or otherwise move has not been extended.

11.     As Defendants 3750 BROADWAY BCR, LLC and BO's BAGELS, LLC are not a company or corporation, are not in military service and cannot be an infant or incompetent person within the meaning of Rule 55(a) of the Federal Rules of Civil Procedure.

12.     A proposed Clerk's Certificate is attached as **EXHIBIT 2**.

        WHEREFORE, Plaintiff requests that the default of Defendants 3750 BROADWAY BCR, LLC and BO's BAGELS, LLC be noted and a certificate of default be issued.

2

3

Dated: May 1, 2026


X __/s/ James E. Bahamonde_____

JAMES E. BAHAMONDE, ESQ.
Law Offices of James E. Bahamonde, P.C.
james@civilrightsny.com
Tel:  (646) 290-8258

Attorney for the Plaintiff

3