**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

KIMMARIE NORMAN

**Plaintiff(s),**

**- against -**

3750 BROADWAY BCR, LLC and BO's BAGELS

**Defendant(s),**
-------------------------------------------------------------X

26 Civ. 357 (RA)

**CLERK'S CERTIFICATE**
**OF DEFAULT**

    **I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on January 18, 2026 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) 3750 BROADWAY BCR, LLC and BO's BAGELS, L by personally serving BRYAN MILNER, OA1 , *and proof of service was therefore filed on* January 26, 2026 *, Doc. #(s)* 8 and 9 .

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: New York, New York**

    May 05 , **20** 26

**TAMMI M. HELLWIG**
**Clerk of Court**

By: _____
**Deputy Clerk**

SDNY Web 3/2015