Law Office of
# JAMES E. BAHAMONDE, P.C.
2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

May 11, 2026

**VIA ECF**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

**RE.    Norman v. 3750 Broadway BCR, LLC, et al., 26cv357 (RA)(BCM),**

Dear Judge Abrams:

I represent Plaintiff in the above-referenced matter and respectfully submit this status report regarding Defendants' continued failure to respond to the summons and complaint, and Plaintiff's intent to seek entry of default.

**Defendants' Failure to Respond**

Despite having been duly served with the summons and complaint, neither Defendant has responded. The Court has issued several Orders directing Plaintiff to serve each Defendant with the Court's Orders dated April 8, 2026 and April 16, 2026. (*See* Dkt. Docs. #12, 14.) To date, Defendants continue to disregard both the summons and complaint.

**Bo's Bagels, LLC**

After being served with the Court's Orders, I was contacted by Andrew Martinez, who identified himself as the owner of Bo's Bagels, LLC. Mr. Martinez represented that Bo's Bagels would be closing at the end of April 2026. Plaintiff has since confirmed that the public accommodation has not, in fact, closed and remains in operation.

**3750 Broadway BCR, LLC — Service of the Court's Orders**

With respect to service of the Court's Orders on Defendant 3750 Broadway BCR, LLC, I attempted service at two addresses: (1) the address it designated to receive service of process through the New York Secretary of State, and (2) the address it designated to receive the property tax bill from the New York City Department of Finance. Both mailings were returned as undeliverable.

**Law Offices of**
**James E. Bahamonde, P.C.**

May 11,  2026
Page    - 2 -


Upon further investigation, I discovered that the Orders were inadvertently mailed to an incorrect address. Specifically, the correct address, at which Defendant received the property tax bill, is 212-35 42 Avenue, 420, Flushing, New York, but the mailings were sent to 12-35 42 Avenue, 420, Flushing, New York.

Accordingly, with the Court's permission, I propose re-serving Defendant 3750 Broadway BCR, LLC at its correct address — the address designated to receive the property tax bill from the NYC Department of Finance — with the Court's Orders, summons, complaint, and affidavit of service. If no response is received by **Monday, May 25, 2026**, Plaintiff respectfully seeks leave to move for entry of default against both Defendants on or before **Monday, June 1, 2026**.

Thank you for the Court's consideration.


Respectfully yours,

 /s/ James E. Bahamonde

James E. Bahamonde, Esq.