**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

26cv357 (RA)(BCM)

KIMMARIE NORMAN, Individually and on Behalf of all Others Similarly Situated,

Plaintiff

- against -

3750 BROADWAY BCR, LLC and BO's BAGELS, LLC

Defendants

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-captioned action is voluntarily dismissed, WITHOUT prejudice against the Defendants 3750 BROADWAY BCR, LLC and BO's BAGELS, LLC pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

DATED: May 25, 2026

LAW OFFICES OF JAMES E. BAHAMONDE, P.C.

By:_____

James E. Bahamonde
2501 Jody Court
North Bellmore, NY 11710
Tel: (646) 290-8258
james@civilrightsNY.com
Attorney for Plaintiff

1