**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIMMARIE NORMAN, Individually and on Behalf of all Others Similarly Situated,<br><br>                            Plaintiff<br><br>       - against -<br><br>3750 BROADWAY BCR, LLC and BO's BAGELS, LLC<br><br>                           Defendants | 26cv357 (RA)(BCM)<br><br>Application granted.<br><br>SO ORDERED.<br><br>_____<br>Hon. Ronnie Abrams<br>May 27, 2026 |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the

attorneys of record for all the parties to the above-captioned action is voluntarily dismissed,

WITHOUT prejudice against the Defendants 3750 BROADWAY BCR, LLC and BO's

BAGELS, LLC pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).


DATED: May 25, 2026


                             LAW OFFICES OF JAMES E. BAHAMONDE, P.C.

                             By:_____

                             James E. Bahamonde
                             2501 Jody Court
                             North Bellmore, NY 11710
                             Tel:  (646) 290-8258
                             james@civilrightsNY.com
                             Attorney for Plaintiff

1